AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | United States District Court for Minnesota | 03/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

316 N Robert Street
Suite 334
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  UGMA | | | | | | | | | |
| 2.  AT&T INC | A | Dividend | J | T | | | | | |
| 3.  APPLE INC | A | Dividend | J | T | | | | | |
| 4.  EAGLE CAPITAL APPRECIATION CLASS C | | None | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7.  UGMA | | | | | | | | | |
| 8.  APPLE INC | A | Dividend | J | T | | | | | |
| 9.  BEST BUY | A | Dividend | J | T | | | | | |
| 10.  PEPSICO INC | A | Dividend | J | T | | | | | |
| 11.  STARBUCKS CORP | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13.  UGMA | | | | | | | | | |
| 14.  ALLIANCE BERNSTEIN CORE OPPORTUNITES FUND CLASS C ADGCX | | None | J | T | | | | | |
| 15.  EAGLE CAPITAL APPRECIATION CLASS C | | None | J | T | | | | | |
| 16. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA | | | | | | | | | |
| 18. BERKSHIRE HATHAWAY INC | A | Dividend | J | T | | | | | |
| 19. BRISTOL MYERS SQUIBB | A | Dividend | J | T | | | | | |
| 20. CREDIT SUISSE | | None | J | | Buy | 03/28/11 | J | | |
| 21. HEALTH CARE REIT, INC. HCN | | | J | | Buy | 03/28/11 | J | | |
| 22. HEALTH CARE REIT, INC HCN | A | Dividend | J | T | | | | | |
| 23. ISHARES S&P MIDCAP IJK | | | J | | Buy | 03/28/11 | J | | |
| 24. ISHARES S&P MIDCAP IJK | A | Dividend | J | T | | | | | |
| 25. ISHARES TR-RUSSELL IWM | | | J | | Buy | 03/28/11 | J | | |
| 26. ISHARES TR-RUSSELL IWM | A | Dividend | J | T | | | | | |
| 27. ISHARES RUSSELL 1000 ETF IWD (Y) | | | | | Buy | 03/28/11 | K | | |
| 28. ISHARES RUSSELL 1000 ETF GROWTH INDEX FUND IWD | | | | | Sold | 10/04/11 | K | | |
| 29. ISHARES RUSSELL 1000 ETF GROWTH INDEX FUND IWF (Y) | | | | | Buy | 03/28/11 | K | | |
| 30. ISHARES RUSSELL 1000 ETF GROWTH INDEX FUND IWF (Y) | | | | | Sold | 10/04/11 | K | | |
| 31. ING GLBL VALU CHOICE FUND | | | | | Buy | 03/28/11 | K | | |
| 32. ING GLBL VALU CHOICE FUND | | | | | Sold | 10/04/11 | K | | |
| 33. MAINSTAY HIGH YIELD FUND MHYIX | A | Dividend | J | T | Buy | 03/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. MEDTRONIC INC | A | Dividend | J | T | Sold | 03/28/11 | J | A | |
| 35. OPPENHEIMER DEV MARKETS CLASS Y ODVYX | A | Dividend | K | T | Buy | 03/28/11 | K | | |
| 36. PLUM CREEK TIMBER CO INC | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 37. POWERSHARES DB ETF COMMODITY INDEX TRACKING FUND | | None | J | T | Buy | 03/28/11 | J | | |
| 38. TEMPLETON FUNDS INCOME TR GLB BD ADVISOR | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 39. TEMPLETON DEVELOPING MARKETS CLASS C | | | | | Sold | 03/28/11 | K | A | |
| 40. WELLS FARGO FUND TR SHORT TERM HIGH YIELD | D | Dividend | M | T | Buy | 03/28/11 | M | | |
| 41. US BANCORP NEW | A | Dividend | J | T | Sold | 03/28/11 | J | B | |
| 42. MEUERS IRA | | | | | | | | | |
| 43. AGILENT TECH INC | | | | | Sold | 03/07/11 | J | A | |
| 44. ATMEL CORP | | | | | Sold | 03/07/11 | J | A | |
| 45. ABBOTT LABORATORIES | | | | | Sold | 03/07/11 | J | A | |
| 46. ALEXION PHARMACEUTICALS | | | | | Sold | 03/07/11 | J | A | |
| 47. ALLERGAN INC | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 48. ALTERA CORPORATION | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 49. AMAZON.COM INC | | | | | Sold | 03/07/11 | J | C | |
| 50. AMERICAN EXPRESS CO | | | | | Sold | 03/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. AMERICAN TOWER CORP CLASS A | | | | | Sold | 03/07/11 | J | A | |
| 52. ANHEUSER BUSCH INBEV ADR | | | | | Sold | 02/25/11 | J | | |
| 53. APACHE CORP | A | Dividend | | | Sold | 01/06/11 | J | A | |
| 54. APPLE INC | | | | | Sold | 03/07/11 | J | C | |
| 55. AVAGO TECHNOLOGIES LTD | | | | | Sold | 03/07/11 | J | A | |
| 56. BAIDU INC ADR | | | | | Sold | 03/07/11 | J | B | |
| 57. BED BATH AND BEYOND INC | | | | | Sold | 03/07/11 | J | A | |
| 58. BOEING CO | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 59. BORG WARNER INC | | | | | Sold | 03/07/11 | J | A | |
| 60. BROADCAM CORPORATION | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 61. BURBERRY GROUP PLC ADR | | | | | Sold | 03/07/11 | J | A | |
| 62. CH ROBINSON WORLDWIDE | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 63. CELEGENE CORP | | | | | Sold | 03/07/11 | J | A | |
| 64. CHIPOTLE MEXICAN GRILL | | | | | Sold | 03/07/11 | J | A | |
| 65. CISCO SYSTEMS INC | | | | | Sold | 03/07/11 | J | A | |
| 66. COACH INC | | | | | Sold | 02/01/11 | J | A | |
| 67. COSTCO WHOLESALE CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. DEERE & CO | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 69. DISNEY WALT COMPANY | A | Dividend | | | Sold | 03/07/11 | J | B | |
| 70. DOLLAR GENERAL CORP | | | | | Sold | 02/17/11 | J | A | |
| 71. DU PNT EL DE NEMOURS & CO | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 72. EMC CORP | | | | | Sold | 03/07/11 | J | A | |
| 73. EXPRESS SCRIPTS | | | | | Sold | 03/07/11 | J | A | |
| 74. EXPEDITORS INTL WASH INC | | | | | Sold | 03/07/11 | J | A | |
| 75. GOLDMAN SACHS GROUP INC | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 76. GOOGLE INC CLASS A | | | | | Sold | 03/07/11 | J | A | |
| 77. GREEN DOT CORP CLASS A | | | | | Sold | 03/07/11 | J | | |
| 78. HEWLETT-PACKARD COMPANY | | | | | Sold | 02/25/11 | J | A | |
| 79. ILLUMINA INC | | | | | Sold | 03/07/11 | J | A | |
| 80. INGERSOLL-RAND PLC | | | | | Sold | 03/07/11 | J | A | |
| 81. INTL BUSINESS MACHS CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 82. JUNIPER NETWORK INC | | | | | Sold | 03/07/11 | J | B | |
| 83. KRAFT FOODS CLASS A | | | | | Sold | 01/26/11 | J | A | |
| 84. ESTEE LAUDER COS INC CLASS A | | | | | Sold | 01/26/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. NETAP INC | | | | | Sold | 03/07/11 | J | B | |
| 86. MARRIOTT INTL INC | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 87. MARVELL TECH GRP INC SHS | | | | | Sold | 01/05/11 | J | A | |
| 88. MASTERCARD INC CLASS A | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 89. MCDONALS CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 90. MEAD JOHNSON NUTRITION | | | | | Sold | 03/07/11 | J | A | |
| 91. MEDCO HEALTH SOLUTIONS | | | | | Sold | 03/07/11 | J | A | |
| 92. MONSANTO CO | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 93. NIKE INC CLASS B | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 94. NODO NORDISK A S ADR | | | | | Sold | 03/07/11 | J | A | |
| 95. OCCIDENTAL PETE CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 96. ORACLE CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 97. PHILLIPS-VAN HEUSEN CORP | | | | | Sold | 02/25/11 | J | | |
| 98. POLO RALPH LAUREN CORP | | | | | Sold | 03/07/11 | J | A | |
| 99. PRECISION CASTPARTS CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 100. PRICELINE.COM INC | | | | | Sold | 03/07/11 | J | A | |
| 101. QUALCOMM INC | A | Dividend | | | Sold | 03/07/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  RED HAT INC | | | | | Sold | 03/07/11 | J | A | |
| 103.  SALESFORCE.COM | | | | | Sold | 03/07/11 | J | B | |
| 104.  SCHLUMBERGER LTD | A | Dividend | | | Sold | 03/07/11 | J | B | |
| 105.  SCHWAB CHARLES CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 106.  SHIRE PLC | | | | | Sold | 03/07/11 | J | B | |
| 107.  STARBUCKS CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 108.  TARGET CORP | | | | | Sold | 01/07/11 | J | A | |
| 109.  TEVA PHARMACEUTICAL ADR | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 110.  TIFFANY & CO | | | | | Sold | 03/07/11 | J | A | |
| 111.  UNILEVER PLC SPONS ADR | | | | | Sold | 02/03/11 | J | A | |
| 112.  UNION PACIFIC CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 113.  UNITED PARCEL SERVICES - CLASS B | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 114.  UNITED TECHNOLOGIS CORP | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 115.  URBAN OUTFITTERS INC | | | | | Sold | 03/07/11 | J | A | |
| 116.  VMWARE INC CLASS A | | | | | Sold | 03/07/11 | J | B | |
| 117.  VERTEX PHARM INC | | | | | Sold | 03/07/11 | J | A | |
| 118.  VISA INC CLASS A | | | | | Sold | 01/20/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. WHOLE FOODS MKT INC | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 120. | | | | | | | | | |
| 121. MEUERS ASSET ADVISOR | | | | | | | | | |
| 122. AT&T INC | A | Dividend | J | T | | | | | |
| 123. AT&T INC | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 124. ABBOTT LABORATORIES | A | Dividend | J | T | | | | | |
| 125. ABBOTT LABORATORIES | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 126. AMGEN INC | A | Dividend | J | T | | | | | |
| 127. BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 128. BRISTON MYERS SQUIBB | A | Dividend | J | T | | | | | |
| 129. BRISTOL MYERS SQUIBB | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 130. CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 131. CELGEN CORP | | | J | T | | | | | |
| 132. CHEVRON CORPORATION | A | Dividend | J | T | | | | | |
| 133. DANAHER CORP | A | Dividend | J | T | | | | | |
| 134. MORGAN STANLEY | A | Dividend | K | T | | | | | |
| 135. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. FIFTH THIRD CAP VI 7.25% | A | Int./Div. | J | T | | | | | |
| 137. GENERAL ELECTRIC COMPANY | A | Dividend | J | T | | | | | |
| 138. HEINZ HJ CO COMMON | A | Dividend | J | T | | | | | |
| 139. ISHARES MSCI | A | Dividend | J | T | | | | | |
| 140. ING GROEP NV 7.375%PFD | A | Interest | J | T | | | | | |
| 141. INTEL CORP | A | Dividend | J | T | | | | | |
| 142. INTEL CORP | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 143. INTERNATIONAL BUSINESS IBM | A | Dividend | J | T | | | | | |
| 144. INTERNATIONAL BUSINESS IBM | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 145. ISHARES TR MSCI ETF | A | Dividend | K | T | | | | | |
| 146. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 147. JOHNSON & JOHNSON | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 148. ELI LILLY & CO | A | Dividend | J | T | | | | | |
| 149. MAINSTAY FD HIGH YIELD | B | Dividend | K | T | | | | | |
| 150. MAINSTAY FD HIGH YIELD | | | K | T | Buy (add'l) | 04/13/11 | J | | |
| 151. MERCK & CO INC | A | Dividend | J | T | | | | | |
| 152. MERCK & CO INC | | | J | T | Buy (add'l) | 04/13/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. NOVARTIS AG | A | Dividend | J | T | | | | | |
| 154. NOVARTIS AG | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 155. WELLS FARGO FDS TR WDHYX | B | Dividend | L | T | Buy | 02/18/11 | L | | |
| 156. NUSTAR GP HOLDINGS LLC | | None | J | T | | | | | |
| 157. OPPENHEIMER DEV MARKETS ODVYX | A | Dividend | K | T | | | | | |
| 158. OPPENHEIMER DEV MARKETS ODVYX | | | K | T | Buy (add'l) | 04/13/11 | J | | |
| 159. JP MORGAN MID CAP VALUE FLMVX | A | Dividend | K | T | | | | | |
| 160. PEPSICO INC | A | Dividend | J | T | | | | | |
| 161. PLUM CREEK TIMBER CO INC | A | Dividend | J | T | | | | | |
| 162. TARGET CORP | A | Dividend | J | T | | | | | |
| 163. TARGET CORP | | | J | T | Buy (add'l) | 04/13/11 | J | | |
| 164. TEMPLETON FUNDS TGBAX | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 165. 3M | A | Dividend | J | T | | | | | |
| 166. TOTAL S A SPONSORED ADR TOT | A | Dividend | J | T | | | | | |
| 167. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 168. VODAFONE GROUP PLC | | None | J | T | | | | | |
| 169. WELS FARGO ADVANTAGE SCVIX | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. CB RICHARD ELLIS REALTY | | None | J | T | | | | | |
| 171. CALAMOST GLOBAL DYNAMIC | | | | | Sold | 10/04/11 | J | | |
| 172. COHEN & STEERS DIV MAJORS | | | | | Sold | 10/04/11 | J | | |
| 173. GABELLI DIVIDEND GDV | | | | | Sold | 10/04/11 | J | | |
| 174. GABELLI EQUITY INC FD GABEX | | | | | Sold | 10/04/11 | J | B | |
| 175. KIMBERLY CLARK CORP | | | | | Sold | 04/25/11 | J | A | |
| 176. NICOR INC | | | | | Sold | 02/18/11 | J | B | |
| 177. NUVEEN MULTI-STRAT FD 2 | | | | | Sold | 10/04/11 | J | | |
| 178. PRFSSNLLY MANAGED INVESTOR WGGFX | | | | | Sold | 10/04/11 | J | A | |
| 179. CITICORP 7.25% | | | | | Sold | 10/17/11 | J | | |
| 180. WGL HOLDINGS INC | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 181. VERIZON COMMUNICATION | A | Dividend | J | T | | | | | |
| 182. ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 183. LEHMAN BROTHERS HOLDINGS GLOBAL NOTES | | Int./Div. | J | T | | | | | |
| 184. AMERICAN EXPRESS BANK NOTS | A | Int./Div. | J | T | | | | | |
| 185. MERRILL LYNCH & CO MEDIUM TERM NOTES | A | Int./Div. | J | T | | | | | |
| 186. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. MEUERS JOINT ACCOUNT | | | | | | | | | |
| 188. AFLAC | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 189. AT&T INC | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 190. ABB LTD-SPONS ADR ABB | | None | J | T | Buy | 04/18/11 | J | | |
| 191. ABBOTT LABORATORIES | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 192. AMERICAN ELECTRIC POWER | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 193. BRISTON MYERS SQUIBB | A | Dividend | J | T | | | | | |
| 194. CHEVRON CORPORATION | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 195. HEATH CARE REIT INC HCN | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 196. HEINZ HJ CO COMMON | A | Distribution | J | T | Buy | 04/18/11 | J | | |
| 197. INTEL CORP | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 198. INTERNATIONAL BUSINESS IBM | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 199. JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 200. KIMBERLY-CLARK CORP | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 201. MERCK & CO INC | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 202. NOVARTIS AG | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 203. PEPSICO INC | A | Dividend | J | T | Buy | 04/19/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. TARGET CORP | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 205. TOTAL S.A. SPONS ADR TOT | A | Dividend | J | T | | | | | |
| 206. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 207. WELLS FARGO COMPANY | A | Dividend | K | T | | | | | |
| 208. WELLS FARGO COMPANY | | | | | Buy (add'l) | 03/01/11 | J | | |
| 209. WELLS FARGO COMPANY | | | | | Sold (part) | 02/08/11 | N | A | |
| 210. WELLS FARGO FDS TR NMTFX | A | Dividend | K | T | Buy | 02/14/11 | K | A | |
| 211. WGL HOLDINGS INC | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 212. | | | | | | | | | |
| 213. Money Market Fund | A | Interest | N | U | | | | | |
| 214. USB Capital Preferred | A | Dividend | J | U | | | | | |
| 215. Wells Fargo Capital Preferred | B | Dividend | K | U | | | | | |
| 216. Alliance Bernstein 529 Growth C | | None | M | U | | | | | |
| 217. Tiger Building LP Note | C | Interest | K | U | | | | | |
| 218. Wells Fargo Corp Stock | A | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544